IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: § | | |
| OFFSHORE SPECIALTY § | Case No. 17-35623 | |
| FABRICATORS, LLC, § | | |
| § | (Chapter 11) | |
| *Debtor.* § | | |
| *****************************************§ | | |
| DAVID WEINHOFFER as Liquidating Trustee § | | |
| of the OFFSHORE SPECIALTY § | | |
| FABRICATORS, LLC LIQUIDATING § | | |
| TRUST, § | | |
| § | | |
| *Plaintiffs,* § | Adversary Proceeding | |
| § | No. 20-03444 | |
| § | | |
| v. § | | |
| § | | |
| J.A.H. ENTERPRISES, INC. d/b/a § | | |
| Henderson Auctions, § | | |
| § | | |
| *Defendants.* § | | |
| *****************************************§ | | |

**NOTICE OF HEARING ON J.A.H. ENTERPRISES, INC.'S
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, AND
INCORPORATED MEMORANDUM IN SUPPORT**

**PLEASE TAKE NOTICE** that on December 18, 2020, the above-captioned Defendant filed the Motion to Dismiss for Failure to State A Claim, and Incorporated Memorandum In Support [Adv. Docket No. 16] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that this motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving

22448720_1

party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing. Represented parties should act through their attorney.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion has been scheduled for February 3, 2021, at 9:00 a.m. (prevailing Central Time) before the Honorable Marvin Isgur, by telephone.  Dial-in Telephone No.: 832-917-1510 Conference Code No.: 954554.  You may view video via GoToMeeting: GoToMeet.me Meeting Code: "JudgeIsgur".

**PLEASE TAKE FURTHER NOTICE** that you may obtain copies of any pleadings by visiting the Court's website at www.txs.uscourts.gov in accordance with the procedures and fees set forth therein, or by contacting the undersigned.

        **Respectfully submitted,**

        **KEAN MILLER LLP**

        By:     /s/ J. Eric Lockridge
        J. Eric Lockridge
        Texas Bar No. 24013053
        Southern District of Texas Bar No. 32826
        eric.lockridge@keanmiller.com

400 Convention St., Suite 700
Baton Rouge, LA  70802-5614
Telephone:  (225) 387-0999
Facsimile:  (225) 388-9133

Judith A. Meyer
Texas Bar No. 13993200
Southern District of Texas Bar No. 6313
judith.meyer@keanmiller.com
Arielle S. Anderson
Texas Bar No. 24113534
Southern District of Texas Bar No. _____
arielle.anderson@keanmiller.com
1800 Pennzoil South Tower
711 Louisiana Street
Houston, Texas 77002
Telephone:     (713) 844-3000
Facsimile:      (713) 844-3030

**ATTORNEYS FOR DEFENDANT, J.A.H. ENTERPRISES, INC. d/b/a HENDERSON AUCTIONS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Hearing* for the *Motion to Dismiss for Failure to State a Claim, and Incorporated Memorandum in Support* is being filed electronically through the Electronic Case Filing (ECF) system provided by the Court and that a copy is being served on all counsel of record at the email addresses noted below on this 18th day of December, 2020:

Josh Koch - mjkoch@kochschmidt.com

 /s/ J. Eric Lockridge

22448720_1