| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 17-35623<br>Southern District of Texas<br>Houston<br>Thu Feb 11 10:28:53 CST 2021 | Abrado, Inc.<br>c/o Lynn H. Butler<br>Husch Blackwell LLP<br>111 Congress Avenue<br>Suite 1400<br>Austin, TX 78701-4093 | Alliance Special Ventures Funds, LLC<br>c/o David F. Waguespack<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 |
| Argo Partners<br>12 West 37th St 9th Fl.<br>New York, NY 10018-7381 | Bayou Black Electric Supply, LLC<br>5086 Highway LA-311<br>Houma, LA 70360-2875 | Conrad Industries, Inc.<br>c/o Laura F. Ashley<br>Jones Walker LLP<br>201 St. Charles Ave.<br>Suite 5100<br>New Orleans, LA 70170-5101 |
| (p)DHD OFFSHORE SERVICES  LLC<br>PO BOX 2405<br>MORGAN CITY LA 70381-2405 | Demex Internatonal, Inc.<br>Kenneth P. Green<br>Snow Spence Green LLP<br>2929 Allen Parkway Suite 2800<br>Houston, TX 77019-7125 | Diamond McCarthy LLP<br>909 Fannin, Suite 3700<br>Houston, TX 77010-1049 |
| Duval, Funderburk, Sundbery, Richard & Watki<br>101 Wilson Avenue<br>Houma, LA 70364-3137 | Fair Harbor Capital, LLC<br>PO Box 237037<br>New York, NY 10023-0028 | Fairways Offshore Exploration, Inc.<br>Andrews Kurth Kenyon LLP<br>c/o Timothy A. Davidson II<br>600 Travis, Suite 4200<br>Houston, TX 77002-2929 |
| JAB ENERGY SOLUTIONS II, LLC<br>c/o Ross Spence<br>Snow Spence Green LLP<br>2929 Allen Parkway, Suite 2800<br>Houston, TX 77019-7125 | Jackson Walker L.L.P.<br>c/o Bruce J. Ruzinsky<br>1401 McKinney St., Suite 1900<br>Houston, TX 77010-1900 | Klein Investigations and Consulting<br>c/o Morgan Law Firm<br>2175 North Street<br>Suite 101<br>Beaumont, TX 77701-1577 |
| Louisiana Department of Environmental Qualit<br>P.O. Box 4302<br>Baton Rouge, LA 70821-4302 | Morgan City Rentals<br>PO Box 2946<br>Morgan City, LA 70381-2946 | Offshore Domestic Group, LLC<br>Andrews Kurth Kenyon LLP<br>c/o Timothy A. Davidson II<br>600 Travis, Suite 4200<br>Houston, TX 77002-2929 |
| Offshore Express, LLC<br>Andrews Kurth Kenyon LLP<br>c/o Timothy A. Davidson II<br>600 Travis, Suite 4200<br>Houston, TX 77002-2929 | Offshore Specialty Fabricators, LLC<br>c/o David Weinhoffer, Liquidating Truste<br>1415 Louisiana<br>Suite 3500<br>Houston, TX 77002-7344 | Paradyne Services B.V.<br>c/o J. Scott Douglass<br>1811 Bering Dr., Suite 420<br>Houston, TX 77057-3186 |
| Phelps Dunbar LLP<br>365 Canal Street, Suite 2000<br>New Orleans, LA 70130-6534 | Retif Oil & Fuel, LLC<br>c/o Timothy Thriffiley, Esq.<br>P.O. Box 7125<br>Belle Chasse, LA 70037-7125 | Smith Marine Towing Corporation<br>1116 Jackson Road<br>Morgan City, LA 70380 |
| Spartan Industrial Products<br>1697 Grand Caillou Rd<br>Houma, LA 70363-7098 | Steamship Mutual Underwriting Association Lt<br>Jeremy A. Herschaft<br>Blank Rome LLP<br>717 Texas<br>Ste. 1400<br>Houston, TX 77002-2776 | Steamship Owners Mutual Protection and Indem<br>Jeremy A. Herschaft<br>Blank Rome LLP<br>717 Texas<br>Ste. 1400<br>Houston, TX 77002-2776 |
| Vendor Recovery Fund IV, LLC<br>PO Box 669<br>SMITHTOWN, NY 11787-0710 | Versabar, Inc.<br>1111 Engineers Road<br>Belle Chasse, LA 70037-3214 | Work Boat Electrical Services, LLC<br>Reich, Album & Plunkett, L.L.C.<br>3850 N. Causeway Blvd.<br>Suite 1000<br>Metairie, LA 70002-8134 |

| | | |
|---|---|---|
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | A-1 VACUUM SERVICE OF HOUMA, LLC<br>P.O. BOX 1833<br>GRAY, LA 70359-1833 | AARON OIL COMPANY, INC.<br>P.O. BOX 2304<br>MOBILE, AL 36652-2304 |
| ABRADO, INC.<br>16203 PARK ROW SUITE 160<br>HOUSTON, TX 77084-5178 | ABS AMERICAS<br>P.O. BOX 301249<br>DALLAS, TX 75303-1249 | ACCOUNTING & SOFTWARE CONCEPTS, LLC<br>508 RODERICK STREET<br>MORGAN CITY, LA 70380-2247 |
| ACME TRUCK LINE, INC MSC-410683<br>P.O. BOX 415000<br>NASHVILLE, TN 372415000 | AIRGAS USA, LLC<br>110 WEST 7TH STREET, SUITE 1300<br>TULSA, OK 74119-1106 | AIRGAS, INC. DBA AIRGAS SOUTHWEST, INC<br>P.O. BOX 676015<br>DALLAS, TX 752676015 |
| ALERT WEATHER SERVICES<br>P.O. BOX 52409<br>LAFAYETTE, LA 705052409 | ALFORD SAFETY SVCS, INC. DBA<br>FALCK ALFORD<br>209 CLENDENNING RD.<br>HOUMA, LA 70363-5423 | ALLENDORPH SPECIALTIES<br>201 STANTON ST<br>BROUSSARD, LA 70518-3430 |
| ALLIANCE HEAVY LIFT, LLC<br>P.O. BOX 999<br>LAROSE, LA 70373-0999 | ALLIANCE OFFSHORE, LLC<br>P.O. BOX 999<br>LAROSE, LA 70373-0999 | ALLIANCE SPECIAL VENTURES FUND, LLC<br>c/o David F. Waguespack<br>Carver Darden Law Firm<br>1100 Poydras Street, Suite 3100<br>New Orleans, LA 70163-1102 |
| AMERICAN CERTIFIED EQUIP DBA<br>VALVEWORKS USA<br>1650 SWAN LAKE ROAD<br>BOSSIER CITY, LA 711115304 | ANN HARRIS BENNETT<br>HARRIS COUNTY TAX ASSESSOR<br>P.O. BOX 4622<br>HOUSTON, TX 77210-4622 | ARROW EQUIPMENT & REPAIR, INC.<br>P.O. DRAWER 4235<br>HOUMA, LA 70361-4235 |
| ATLANTIC MARINE ASSOCIATES, INC.<br>24 WHITEHALL STREET, 31ST FLOOR<br>NEW YORK, NY 10004 | Allen Smith<br>c/o Spagnoletti & Co<br>401 Louisiana Street<br>8th Floor<br>Houston, TX 77002-1629 | Arena<br>4200 Research Forest Dr., Ste. 500<br>The Woodlands, TX 77381-4224 |
| Arena Offshore, LP<br>4200 Research Forest Drive #230<br>The Woodlands, TX 77381-4339 | BAKER DONELSON BEARMAN CALDEWLL<br>& BERKOWITZ, PC<br>201 ST CHARLES AVENUE, SUITE 3600<br>NEW ORLEANS, LA 70170-3600 | BAYOU BLACK ELECTRIC SUPPLY, LLC<br>5086 HIGHWAY 311<br>HOUMA, LA 70360-2875 |
| (p)BAYOU BOEUF ELECTRIC<br>PO BOX 930<br>AMELIA LA 70340-0930 | BAYOU INSPECTION SERVICES INC.<br>DBA BAYOU TESTERS<br>P.O. BOX 2336<br>MORGAN CITY, LA 70381-2336 | BERRY BROS GENERAL CONTRACTORS, INC.<br>P.O. BOX 253<br>BERWICK, LA 70342-0253 |
| BETTER WASTE DISPOSAL LLC<br>P.O. BOX 5658<br>THIBODAUX, LA 70302-5658 | BILLY'S TV & STEREO, LLC<br>5805 WEST MAIN STREET<br>HOUMA, LA 70360-1703 | BIZZUKA, NC<br>105 CHAPEL DRIVE<br>LAFAYETTE, LA 70506-6045 |

| | | |
|---|---|---|
| BLANCHARD'S TRAILERS<br>UNLIMITED OF LA, LLC<br>5006 HWY 311<br>HOUMA, LA 70360-2875 | BLUE CROSS & BLUE SHIELD OF LOUISIANA<br>ATTN: ACCOUNTS RECEIVABLE/ASO<br>P.O. BOX 98029<br>BATON ROUGE, LA 70898-9029 | BLUEWATER RUBBER & GASKETCO.<br>P.O. DRAWER 190<br>HOUMA, LA 70361-0190 |
| BNA MARINE SERVICES, LLC<br>P.O. BOX 150<br>MORGAN CITY, LA 70381-0150 | BOURGEOIS BENNETT, LLC<br>P.O. BOX 2168<br>HOUMA, LA 70361-2168 | BOW 2 STERN/ESP<br>100 Ramey Road Suite B<br>Houma, LA 70360-4091 |
| BOWLS SLIPS & GRIPS, LLC DBA B S & G RENTALS<br>BRACEWELL & GIULIANI LLP<br>P.O. BOX 848566<br>DALLAS, TX 752848566 | BREAUX PETROLEUM PRODUCTS, INC.<br>P.O. BOX 54955<br>NEW ORLEANS, LA 701544955 | BROUSSARD BROTHERS, INC<br>P.O. BOX 1740<br>ABBEVILLE, LA 705111740 |
| BUCKHORN RENTALS, LLC<br>P.O.BOX 2918<br>HOUMA, LA 70361-2918 | BYRNE RICE & TURNER, INC.<br>1172 CAMP STREET<br>NEW ORLEANS, LA 70130-4278 | Bayou Inspection Services, Inc.<br>P.O. Box 1065<br>Amelia, LA 70340-1065 |
| Bluewater Rubber & Gasket Co.<br>P.O. Drawer 190<br>Houma, LA 70361-0190 | Bradford Capital Holdings, LP<br>PO Box 4353<br>Clifton, NJ 07012-8353 | Breaux Petroleum Products Inc<br>237 N Barrios St<br>Lockport LA 70374-2203 |
| C & G WELDING<br>P.O. BOX 4177<br>HOUMA, LA 70361-4177 | C-PORT/STONE, LLC<br>P.O. BOX 4869<br>HOUSTON, TX 77210-4869 | C-Port/Stone LLC<br>16201 E Main St.<br>Cut Off, LA 70345-3804 |
| (p)C E OIL TOOL & SUPPLY  INC<br>PO BOX 81367<br>LAFAYETTE LA 70598-1367 | CA Louisiana Holdings, Inc.<br>3030 Barrow Street<br>Houma, LA 70360-7641 | (p)CAJUN CUTTERS LLC<br>PO BOX 447<br>BOURG LA 70343-0447 |
| CALLAIS OFFICE FURNITURE & SUPPLIES, INC.<br>14402 W MAIN<br>CUT OFF, LA 70345-3102 | CANNATA'S SUPERMARKET INC<br>DBA AFFILIATED MARINE<br>6289 WEST PARK AVE, STE 5<br>HOUMA, LA 70364-2229 | CARVER DARDEN KORETZKY TESSIER<br>FINN ENERGY CENTRE<br>1100 POYDRAS, SUITE 3100<br>NEW ORLEANS, LA 70163-1102 |
| CATAMARAN, INC<br>P.O. BOX 27275<br>NEW YORK, NY 10087-7275 | CAUSIN LLC DBA BAYOU SUPPLY<br>& SAFETY CO.<br>24 COQUILLE DR.<br>BELLE CHASSE, LA 70037-1130 | CENTRAL BOAT RENTALS, INC<br>P.O. BOX 2545<br>MORGAN CITY, LA 70381-2545 |
| CENTRAL DISPATCH INC.<br>P.O. BOX 2070<br>GRETNA, LA 70054-2070 | CHAMBERLAIN, HRDLICKA, WHITE,<br>WILLIAMS & AUGHTRY<br>1200 SMITH STREET, SUITE 1400<br>HOUSTON, TX 77002-4496 | CINTAS CORPORATION<br>P.O. BOX 650838<br>DALLAS, TX 752650838 |

| | | |
|---|---|---|
| CINTAS CORPORATION NO.2<br>CINTAS FIRST AID & SAFETY<br>P.O. BOX 636525<br>CINCINNATI, OH 452636525 | COASTAL DISTRIBUTORS, INC<br>211 VENTURE BLVD<br>HOUMA, LA 70360-7902 | COASTAL ELECTRIC SUPPLY, LLC<br>P.O. BOX 7054<br>HOUMA, LA 70361-7054 |
| COASTAL TIMBERS, INC.<br>1310 JANE ST.<br>NEW IBERIA, LA 70563-1540 | COBURN SUPPLY COMPANY INC<br>P.O. BOX 99001<br>DENHAM SPRINGS, LA 707279001 | COMPLETE MARINE SERVICES, LLC<br>P. O. BOX 4177<br>HOUMA, LA 703614177 |
| COMPLETE OCCUPATIONAL HEALTH SERIVCE, LLC<br>13554 HWY 3235<br>LAROSE, LA 70373-3203 | COMPRESSED AIR SYSTEMS, LLC<br>108 GUERNSEY LANE<br>YOUNGSVILLE, LA 70592-5443 | COMPUTER SALES & SVC INC.<br>DBA TRI-PARISH.NET<br>1162 BARROW ST<br>HOUMA, LA 70360-5693 |
| CONRAD SHIPYARD, LLC<br>P.O. BOX 790<br>MORGAN CITY, LA 703810790 | CONTROL FIRE & SAFETY, LLC<br>P.O. BOX 777<br>MORGAN CITY, LA 70381-0777 | CRANECO PARTS & SUPPLY, INC.<br>P.O. BOX 2246<br>PEARLAND, TX 77588-2246 |
| CROSBY TUGS, LLC<br>P.O. BOX 279<br>GOLDEN MEADOW, LA 70357-0279 | CROSS SERVICES, INC.<br>P.O. BOX 3799<br>HOUMA, LA 70361-3799 | CUMMINS MID-SOUTH LLC<br>P.O. BOX 842316<br>DALLAS, TX 752842316 |
| CURT M LUEDTKE DBA CRANE<br>CONTROL SYSTEMS<br>1316 3RD AVENUE<br>COLUMBUS, GA 31901-2114 | Charles Armstrong, III<br>c/o Adam S. Lambert, Esq.<br>3431 Plymouth Pl<br>New Orleans, LA 70131 | Christopher Garner<br>c/o Spagnoletti & Co<br>401 Louisiana St<br>8th Floor<br>Houston, TX 77002-1629 |
| Coastal Distributors, Inc.<br>213 Venture Blvd.<br>Harahan, LA 70360-7902 | Complete Marine Services LLC<br>Law Office of Christopher H. Riviere<br>103 West Third Street<br>Thibodaux, LA 70301-3101 | Consolidated Waterworks<br>P.O. Box 630<br>Houma, LA 70361-0630 |
| Crane Warning Systems Atlanta<br>1051 Bream Drive<br>Alpharetta  GA 30004-2645 | Crossmar, Inc.<br>d/b/a Cross Rentals, Inc.<br>1962 S. Van Ave.<br>Houma, LA 70363-6777 | D&M STEEL, LLC<br>1324 ENGINEERS RD.<br>BELLE CHASSE, LA 70037-3166 |
| DARCEY'S UPHOLSTERY & GLASS<br>621 BEATRICE STREET<br>HOUMA, LA 70363-4949 | DATACOM, LLC DBA BLACKHAWK DATACOM<br>100 ENTERPRISE BLVD.<br>LAFAYETTE, LA 70506-9211 | DAVID PIWONKA CYPRESS-<br>FAIRBANKS ISD TAX<br>P.O. 203908<br>HOUSTON, TX 77216-3908 |
| DEEPCOR MARINE, INC,<br>1610 ST. ETIENNE RD.<br>BROUSSARD, LA 70518-7904 | DEHYCO, INC<br>P.O. BOX 3307<br>LAFAYETTE, LA 70502-3307 | DELAWARE SECRETARY OF STATE<br>P.O. BOX 5509<br>BINGHAMTON, NY 13902-5509 |

| | | |
|---|---|---|
| DELTA LABORATORY & GAS TESTING, INC.<br>18098 JOHN BROUSSARD RD<br>PRAIRIEVILLE, LA 70769-4007 | DELTA RIGGING & TOOLS, INC.<br>125 MCCARTY DR.<br>HOUSTON, TX 77029-1135 | DEMEX INTERNATIONAL INC THERMAL ENGINEERING<br>P.O. BOX 156<br>PICAYUNE, MS 39466-0156 |
| DHD OFFSHORE SERVICES, LLC<br>P.O. BOX 731152<br>DALLAS, TX 75373-1152 | DISA, Inc.<br>Dept. 890314<br>P.O. Box 120314<br>Dallas, TX 75312-0314 | DISTRIBUTED CONTROL SYSTEMS, INC.<br>39308 SEASIDE LANE<br>PRAIRIEVILLE, LA 70769-4673 |
| DOLPHIN SERVICES, LLC<br>400 THOMPSON RD.<br>HOUMA, LA 70363-7323 | DOLPHIN STEEL SALES, LLC DEPT. 0162<br>P.O. BOX 120162<br>DALLAS, TX 753120162 | DONATO, MINX, BROWN & POOL, P.C.<br>3200 SOUTHWEST FRWY<br>HOUSTON, TX 77027-7541 |
| DS Waters of America, Inc.<br>d/b/a Kentwood Springs<br>P.O. Box 660579<br>Dallas, TX 75266-0579 | DUHON MACHINERY CO., INC.<br>P.O. BOX 507<br>KENNER, LA 70063-0507 | DUVAL, FUNDERBURK, SUNDBERY, RICHARD & WATKI<br>P.O. BOX 30174<br>HOUMA, LA 70361 |
| DeHyCo,Inc.<br>201 Rue Beauregard<br>Lafayette, LA 70508-3251 | Demex International, Inc.<br>Kenneth P. Green, Snow Spence Green LLP<br>2929 Allen Parkway Suite 2800<br>Houston, TX 77019-7125 | E & E MACHINE SHOP, LLC<br>107 PICOU INDUSTRIAL CT<br>HOUMA, LA 70363-7139 |
| E.J HALVERSON & ASOCIATES, INC<br>P.O. BOX 9189<br>METAIRIE, LA 70055-9189 | EATON OIL TOOLS, INC<br>P.O. BOX 1050<br>BROUSSARD, LA 70518-1050 | ELLENDALE COUNTRY CLUB, INC<br>P.O. BOX 22<br>HOUMA, LA 70361-0022 |
| EMT ELECTRONICS, INC.<br>2025 GRAD CAILLOU RD.<br>HOUMA, LA 70363-7088 | ENCORE FOOD SERVICES, LLC<br>P.O. BOX 5091<br>HOUMA, LA 70361-5091 | ENVIRO-SENSE INC<br>609 SOUTH STATE ST.<br>ABBEVILLE, LA 70510-6617 |
| ENVIROMENTAL TECHNOLOGY OF AMERICA DBA ENTEC<br>P.O. BOX 1230<br>RIDGELAND, MS 39158-1230 | ERA HELICOPTERS, LLC<br>P.O. BOX 6550<br>LAKE CHARLES, LA 706066550 | ES&H<br>d/b/a ES&H Consulting & Training Group<br>c/o Jerry M. Hollander III<br>70325 Highway 1077<br>Suite 300<br>Covington, LA 70433-7843 |
| ES&H INC DBA ES&H CONSULT& TRNG GRP<br>2802 FLINTROCK TRACE<br>SUITE B-104 LAKEWAY, TX 78738-1743 | EXPRESS SUPPLY AND STEEL, LLC<br>P.O. BOX 5091<br>HOUMA, LA 703615091 | Edward and Angie Guidry Moorman<br>204 Anslem Dr.<br>Youngsville, LA 70592-5377 |
| Encore Food Services LLC<br>Law Office of Christopher H. Riviere, AP<br>103 West Third Street<br>Thibodaux, LA 70301-3101 | Entergy Louisiana, LLC<br>P.O. Box 8108<br>Baton Rouge, LA 70891-8108 | Environmental Technology of America, Inc.<br>PO Box 1230<br>Ridgeland, MS 39158-1230 |

| | | |
|---|---|---|
| Expert Technology<br>15063 East Main Street<br>Cut Off, LA 70345-2801 | FASTENAL COMPANY<br>P.O. BOX 1286<br>WINONA, MN 55987-7286 | FEDERAL EXPRESS CORP.<br>P.O. BOX 660481<br>DALLAS, TX 752660481 |
| FIRST ADVANTAGE BACKGROUN<br>P.O. BOX 403532 ATTN:  450-10005<br>ATLANTA, GA 303844537 | FOCUS SAFETY SERVICES<br>P.O. BOX 52896<br>LAFAYETTE, LA 70505-2896 | FORCE INDUSTRIES, LLC<br>P.O. BOX 3894<br>HOUMA, LA 70361-3894 |
| FORCE POWER SYSTEMS, LLC<br>1983 B GRAND CAILLOU RD<br>HOUMA, LA 70363-7003 | FUGRO CHANCE INC.<br>200 DULLES DR.<br>LAFAYETTE, LA 70506-3006 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>PO Box 237037<br>New York, NY 10023-0028 |
| Fairways Energy Resources, LLC<br>650 Poydras Street, Ste. 2660<br>New Orleans, LA 70130-6158 | Fairways Exploration & Production, LLC<br>650 Poydras Street, Ste. 2660<br>New Orleans, LA 70130-6158 | Forefront Emergency Management, LP<br>2802 Flintrock Trace, Suite B-104<br>Austin, TX 78738-1743 |
| Forefront Emergency Management, LP<br>c/o Jerry M. Hollander, III<br>70325 Highway 1977<br>Suite 200<br>Convington, LA 70433 | Fugro USA Marine, Inc.<br>c/o Stephen L. Williamson<br>201 St. Charles Avenue, 40th Floor<br>New Orleans, LA 70170-1000 | G & J LAND AND MARINE FOOD DISTRIBUTORS, INC<br>506 FRONT STREE<br>MORGAN CITY, LA 70380-3708 |
| G&L Land & Marine Food Distributor, Inc.<br>Peggy Manuel<br>Po Box 649<br>Morgan City LA 70381-0649 | G&M Rentals, LLC<br>PO Box 10061<br>New Iberia, LA 70562-0061 | G.T. MICHELLI CO., INC<br>130 BROOKHOLLOW ESPLANADE<br>HARAHAN, LA 70123-5102 |
| GARY D ABLES DBA G & M RENTALS, LLC<br>P.O. BOX 10061<br>NEW IBERIA, LA 70562-0061 | GATOR EQUIPMENT RENTALS, LLC<br>P.O. BOX 3298<br>HOUMA, LA 70361-3298 | GATOR RIGGING, INSPECTION, TESTING AND SUPPL<br>P.O. BOX 2316<br>MORGAN CITY, LA 70381-2316 |
| GATOR SUPPLY CO., LLC<br>P.O. BOX 790<br>HARVEY, LA 70059-0790 | GATOR VALVE, INC<br>P.O BOX 5416<br>LAFAYETTE, LA 70502-5416 | GENERAL MILL SUPPLIES<br>P.O. BOX 23587<br>NEW ORLEANS, LA 70183-0587 |
| GIBSON ELECTRIC MOTOR SALES & SERVICE INC<br>P.O. BOX 1589<br>PASCAGOULA, MS 39568-1589 | GIVENS & JOHNSTON, PLLC SUITE 360<br>950 ECHO LANE<br>HOUSTON, TX 77024-2756 | (p)GRAND ISLE SHIPYARD  LLC<br>P O BOX 820<br>GALLIANO LA 70354-0820 |
| GULF COAST BANK & TRUST COMPANY<br>FOR WILKINSON TECH<br>P.O. BOX 731152<br>DALLAS, TX 753731152 | GULF CRANE SERVICES, INC<br>P.O. BOX 1843<br>COVINGTON, LA 70434-1843 | GULF OCEANIC MARINE  CONTRACTORS INC<br>P.O. BOX 99<br>BOURG, LA 70343-0099 |

| | | |
|---|---|---|
| GULF SOUTH ARMATURE INC.<br>8550 PARK AVENUE<br>HOUMA, LA 70363-3677 | GULF SOUTH SERVICES INC<br>P.O. BOX 1229<br>AMELIA, LA 70340-1229 | H & E EQUIPMENT SERVICES, INC.<br>P.O. BOX 849850<br>DALLAS, TX 752849850 |
| H & E Equipment Services, Inc.<br>7500 Pecue Lane<br>Baton Rouge, LA 70809-5107 | H BURGSDORFF CO INC DBA<br>SOUTHERN FASTENER & SUPP<br>112 MENARD ROAD<br>HOUMA, LA 70363-7514 | HALIFAX MEDIA GROUP<br>P.O. BOX 1940<br>PANAMA CITY, FL 32402-1940 |
| HARRIS & RUFTY, L.L.C.<br>650 POYYDRAS STREET, SUITE 2710<br>NEW ORLEANS, LA 70130-6160 | HAWK BIDCO (US) INC DBA<br>SPARROWS OFFSHORE LLC<br>6758 NORTHWINDS DRIVE<br>HOUSTON, TX 77041-3013 | HEARST NEWSPAPER, LLC.<br>DBA HOUSTON CHRONICLE<br>P.O. BOX 80085<br>PRESCOTT, AZ 863048085 |
| HERCULES WIRE ROPE & SLING CO., INC.<br>P.O. BOX 1769<br>HOUMA, LA 703611769 | HERITAGE-CRYSTAL CLEAN<br>13621 COLLECTIONS CENTER<br>CHICAGO, IL 606930136 | HIGHLAND TRANSPORTATION<br>P.O. BOX 6094<br>HOUMA, LA 70361-6094 |
| HOUMA ARMATURE WORKS & SUPPLY D<br>BA WARD LEONARD<br>P.O. BOX 10127 STATION 1<br>HOUMA, LA 70363-0127 | HOUMA COURIER NEWSPAPER CORP<br>DBA THE COURIER<br>P.O. BOX 2717<br>HOUMA, LA 70361-2717 | HOUMA EMA<br>P.O. BOX 7338<br>PHILADELPHIA, PA 191017338 |
| HOUMA MEDICAL IMAGING CENTER, LLC<br>P.O. BOX 3736<br>HOUMA, LA 70361-3736 | HOUMA RADIOLOGY ASSOC. PROF CORP<br>P.O. BOX 3837<br>HOUMA, LA 703613837 | HOUMA TRACTOR & EQUIPMENT INC.<br>165 SIMMONS DR<br>HOUMA, LA 70363-4972 |
| HOUSE OF FLOWERS, INC.<br>1419 LAFAYETTE ST<br>HOUMA, LA 70360-5598 | HOUSTON WIRE & CABLE CO<br>DBA SOUTHWEST WIRE ROPE<br>P.O. BOX 849077<br>DALLAS, TX 752849077 | HY-TECH INSTRUMENTS, INC.<br>569 AYO STREET<br>RACELAND, LA 70394-3248 |
| HYDRALIFT AMCLYDE, INC.<br>P.O. BOX 1450, NW 7907<br>MINNEAPOLIS, MN 554857907 | Hawk Bidco (US) Inc.<br>Sparrows Offshore, LLC<br>6707 Northwinds Dr<br>Houston, TX 77041-3014 | Highland Transportation, LLC<br>7605 Park Avenue<br>Houma, LA 70364-3642 |
| INDEPENDENT DIVING SERVICES<br>100 HERMAN DR<br>BELLE CHASSE, LA 70037-3204 | INDUSTRIAL IMAGE INC. DBA TLW PRODUCTIONS<br>401 WHITNEY AVE, STE 110<br>GRETNA, LA 70056-2500 | INDUSTRIAL WELDING SUPPLY OF HOUMA, LTD<br>111 BURAS DR.<br>BELLE CHASSE, LA 70037-3175 |
| INNER PARISH SECURITY<br>43222 PECAN RIDGE DRIVE<br>HAMMOND, LA 70403-0605 | INTERMOOR INC.<br>101 YOUNGSWOOD ROAD<br>MORGAN CITY, LA 70380-2276 | Industrial Welding Supply of Houma, Ltd.<br>c/o Jedd S. Malish<br>201 St. Charles Ave.<br>45th Floor<br>New Orleans, LA 70170-1000 |

| | | |
|---|---|---|
| Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA  19101-7346 | J & B FASTENERS, LP<br>6121 GRIGGS ROAD<br>HOUSTON, TX 77023-6441 | J&B Fasteners, LP<br>Arabelle Cruz<br>725 N. Drennan St.<br>Houston, Texas 77003-1320 |
| JACKSON WALKER LLP<br>P.O. BOX 130989<br>DALLAS, TX 75313-0989 | JENNIFER L. BROUUSARD DBA EXTERIOR DESIGNS L<br>LANDSCAPE MAINTENANCE, LLC<br>P.O. BOX 509<br>HOUMA, LA 70361-0509 | JIM CAMEL SALES, INC.<br>P.O. BOX 80614<br>LAFAYETTE, LA 70598-0614 |
| JOHN W.STONE OIL DISTRIBUTOR, LLC<br>P.O.BOX 2010<br>GRETNA, LA 700542010 | JUNEAU MARINE REFRIGERATION & A/C INC.<br>311 VENTURE BLVD<br>HOUMA, LA 703607992 | Jackson Walker L.L.P.<br>Attn:  Bruce J. Ruzinsky<br>1401 McKinney St., Suite 1900<br>Houston, TX 77010-1900 |
| Jamone Jones<br>c/o Spagnoletti & Co<br>401 Louisiana<br>8th Floor<br>Houston, TX 77002-1629 | John Spradley<br>c/o Spagnoletti & Co<br>401 Louisiana St<br>8th Floor<br>Houston, TX 77002-1629 | KACO RESOURCES, LLC<br>10141 CHENEVERT RD.<br>WESTWEGO, LA 70094-2058 |
| KING, KREBS & JURGENS, PLLC<br>201 ST. CHARLES AVE., SUITE 45th<br>NEW ORLEANS, LA 70170-1030 | KINNEY & COMPANY, LLC<br>P.O. BOX 3257<br>HOUMA, LA 70361-3257 | KOCH & SCHMIDT, L.L.C.<br>650 POYDRAS STREET, SUITE 2660<br>NEW ORLEANS, LA 70130-6158 |
| KYLE LOUPE ELECTRIC, LLC<br>902 JUSTIN ST<br>LOCKPORT, LA 70374-2749 | Kerrel J. Positerry<br>110 Ouiski Bayou Drive<br>Houma, LA 70360-7964 | Kevin J. LaVie<br>Phelps Dunbar LLP<br>365 Canal Street, Suite 2000<br>New Orleans, LA 70130-6534 |
| Kyle Loupe Electric LLC<br>PO Box 375<br>Lockport, LA 70374-0375 | LAKE CHARLES JOINT VENTURES DBA COMFORT SUIT<br>1016 N MARTIN LUTHER KING HWY<br>LAKE CHARLES, LA 70601-2046 | LEBLANC & ASSOCIATES, INC<br>132 INTRACOASTAL DRIVE<br>HOUMA, LA 70363-6776 |
| LEBLANC SERVICES<br>1208 MORRISON AVE<br>HOUMA, LA 70364-2956 | LEGGE, FARROW, KIMMITT, MCGRATH & BROWN, LLP<br>5151 SAN FELIPE,SUITE 400<br>HOUSTON, TX 77056-3626 | LEXCO DATA SYSTEMS, L.P.<br>P.O. BOX 692372<br>HOUSTON, TX 77269-2372 |
| LOUISIANA MACHINERY COMPANY, LLC<br>P.O. BOX 54942<br>NEW ORLEANS, LA 70154-4942 | Law Office of Christopher H. Riviere, APLC<br>103 West Third Street<br>Thibodaux, LA 70301-3101 | Lois Office Cleaning<br>248 Lower Country Drive<br>Bourg, LA 70343-5003 |
| Louisiana Department of Environmental Qualit<br>P.O. Box 4311<br>Baton Rouge, LA 70821-4311 | MAGNOLIA INN, INC. DBA RAMADA INN<br>1400 W. TUNNEL BLVD<br>HOUMA, LA 70360-2739 | MAIN CONOCO SERVICE STATION, LLC<br>191 NEW ORLEANS BLVD<br>HOUMA, LA 70364-3343 |

| | | |
|---|---|---|
| MARINE FAB & REPAIR, INC<br>211 VENTURE BLVD<br>HOUMA, LA 70360-7902 | MARMAC, LLC DBA MCDONOUGH MARINE SERVICE<br>P.O. BOX 919227<br>DALLAS, TX 75391-9227 | MCDONALD SANITATION SERVICE LLC<br>P.O. BOX 107<br>THIBODAUX, LA 70302-0107 |
| MICHAEL BLANCHARD, INC.<br>BLANCHARD'S REFRIGERATION<br>314 SOUTH HOLLYWOOD ROAD<br>HOUMA, LA 70360-2799 | MIKE'S FILTER & SUPPLY, INC.<br>2277 DENLEY ROAD<br>HOUMA, LA 70363-7351 | MOORE MEDICAL CORP.<br>P.O. BOX 99718<br>CHICAGO, IL 60696-7518 |
| MORGAN CITY SUPPLY OF LA INC/HOUMA DISTRIBUT<br>P.O. DRAWER 2030<br>MORGAN CITY, LA 70381-2030 | MULTI-MANAGEMENT SERVICESINC. - M.M.S.I.<br>P.O. BOX 1408<br>GRAY, LA 70359-1408 | MYER MARINE SERVICES, LLC<br>744 BLACKBURN DRIVE<br>MOBILE, AL 36608-9436 |
| Marine Fab & Repair, Inc<br>213 Venture Blvd.<br>Harahan, LA 70260 | Marine Fab & Repair, Inc.<br>214 Venture Blvd.<br>Harahan, LA 70360 | Marine Legal Services Ltd.<br>P.O. Box 0816-00526<br>Panama, Panama |
| Mickel Hahn<br>c/o Ryan E. Chapple<br>400 W. 15th Street, #900<br>Austin, TX 78701-1659 | Modern American Recycling Service, Inc.<br>499 Powhatten Court<br>Gibson, LA 70356 | NATIONAL OILWELL VARCO LP<br>P.O. BOX 202631<br>DALLAS, TX 75320-2631 |
| NATIONAL RESPONSE CORP.<br>P.O. BOX 742390<br>ATLANTA, GA 303742390 | NATIONAL SERVICE ALLIANCEDBA SERVICE ALLIANC<br>P.O. BOX 186<br>NEW LENOX, IL 60451-0186 | NOBLES TIRE & SERVICE INC<br>8046 WEST PARK AVENUE<br>HOUMA, LA 70364-3300 |
| NORTHSHORE CRANE & EQUIPMENT, INC.<br>16033 KUHN ROAD<br>COVINGTON, LA 704355729 | NVI, LLC NONDESTRUCTIVE & VISUAL INSPECTION<br>P.O. BOX 1690<br>GRAY, LA 70359-1690 | Neuro Diagnostic Monitoring<br>106 Amaryllis Dr<br>Lafayette, LA 70503-3215 |
| OCCUPATIONAL MEDICINE SERVICES, LLC<br>144 VALHI LAGOON CROSSING<br>HOUMA, LA 70360-3208 | OCEAN MARINE RECYCLING, LLC<br>DBA OM RECYCLING, LLC<br>P.O. BOX 2972<br>MORGAN CITY, LA 70381-2972 | OFFICE DEPOT, INC.<br>P.O. BOX 88040<br>CHICAGO, IL 60680-1040 |
| OFFSHORE SUPPLIERS, LLC<br>P.O. BOX 821<br>METAIRIE, LA 70004-0821 | OIL STATES INDUSTRIES INCOIL STATES SKAGIT S<br>P.O. BOX 54983<br>NEW ORLEANS, LA 701544983 | OILFIELD SURPLUS, LLC<br>P.O. BOX 836<br>ALEDO, TX 76008-0836 |
| OLIVER VAN HORN CO, LLC<br>DEPT AT 952518<br>ATLANTA, GA 31192-0001 | ON-SITE TRAINING AND INSTRUCTION, INC<br>P.O. BOX 613<br>HOUMA, LA 70361-0613 | Offshore Domestic Group, LLC<br>650 Poydras Street, Ste. 2660<br>New Orleans, LA 70130-6158 |

| | | |
|---|---|---|
| Offshore Express, LLC<br>650 Poydras Street, Ste. 2660<br>New Orleans, LA 70130-6158 | Oil States Skagit SMATCO<br>1180 Mulberry Road<br>Houma, Louisiana 70363-7507 | PARTEK LABORATORIES, INC.<br>225 SOUTH HOLLYWOOD ROAD<br>HOUMA, LA 70360-2716 |
| PHARMA-SAFE INDUSTRIAL SV<br>PKWY SUITE 500<br>3639 AMBASSADOR CAFFREY<br>LAFAYETTE, LA 70503-5162 | PHC FLUID POWER DBA PNEUMATIC<br>AND HYDRAULIC COMPAN<br>129 DEMANADE BLVD<br>LAFAYETTE, LA 70503-2507 | PHELPS DUNBAR, LLP<br>P.O. BOX 974798<br>DALLAS, TX 753974798 |
| PHI, INC<br>P.O. BOX 90808<br>LAFAYETTE, LA 705090808 | PHYSICIANS MEDICAL CENTER<br>P.O. BOX 5041<br>HOUMA, LA 70361-5041 | PHYSIOFIT PHYSICAL THERAPY, LLC<br>8823 PRODUCTION LANE<br>OOLTEWAH, TN 37363-6511 |
| PINNACLE ENGINEERING, INC<br>SUITE 350, 7660 WOODWAY<br>HOUSTON, TX 77063-1518 | PIRANHA RENTALS LLC<br>P.O.BOX 69<br>CHAUVIN, LA 70344-0069 | PNEUMATIC SPECIALTIES LLC<br>829 SAADI STREET<br>HOUMA, LA 70363-6743 |
| PO Box 10061<br>New Iberia, LA 70562-0061 | POWER SPECIALTIES, INC.<br>325 CHENNAULT STREET<br>MORGAN CITY, LA 70380-2412 | PPG PROTECTIVE & MARINE COATINGS<br>P.O. BOX 842409<br>BOSTON, MA 02284-2409 |
| PRECISION P.S.I., INC.<br>P.O. BOX 640754<br>KENNER, LA 70064-0754 | PRECISION TECH, LLC<br>1010 QCP PARK DR.<br>BROUSSARD, LA 70518-8056 | PREMIER OFFSHORE CATERING, INC.<br>P.O. BOX 1420<br>GRAY, LA 70359-1420 |
| PROFESSIONAL FORKLIFT INC<br>P.O. BOX 1515<br>METAIRIE, LA 70004-1515 | PROSERV OFFSHORE<br>2431 WEST PARK AVE<br>GRAY, LA 70359-3607 | Phelps Dunbar LLP<br>Attn:  Kevin J. LaVie<br>265 Canal St., Suite 2000<br>New Orleans, LA  70130 |
| Premier Offshore Catering Incorporated<br>375 Technology Lane<br>Gray, LA 70359-3343 | R.A.S.L. DBA ACCESS RADIOLOGY<br>P.O. BOX 919112<br>DALLAS, TX 753919112 | RAYCO WYLIE WEIGHLOAD ELE SYSTEMS<br>DBA WYLIE SYSTEMS<br>P.O. BOX 95178<br>CHICAGO, IL 606945178 |
| REDFISH RENTALS, INC.<br>5306 Highway 311<br>Houma, LA 70360-2888 | RENTROP TUGS, INC.<br>P.O. BOX 81535<br>LAFAYETTE, LA 705981535 | RESOLVE MARINE GROUP, INC.<br>1510 SE 17TH STREET, STE 400<br>FORT LAUDERDALE, FL 33316-1729 |
| RETIF OIL & FUEL, LLC<br>P.O. BOX 62600, DEPT # 2000<br>NEW ORLEANS, LA 701622600 | RICHARD'S RESTAURANT SUPPLY, INC.<br>P.O. BOX 4035<br>HOUMA, LA 70361-4035 | ROUSE'S ENTERPRISES, LLC<br>DBA ROUSE'S MARKET<br>P.O. BOX 5358<br>THIBODAUX, LA 70302-5358 |

| | | |
|---|---|---|
| Richard Jackson<br>c/o Marc D. Myers<br>7700 San Felipe, Suite 550<br>Houston, Texas 77063-1618 | Ronald Havard<br>c/o Ryan Chapple<br>400 W. 15th Street, Suite 900<br>Austin, TX 78701-1659 | Ronnie LeBouef<br>c/o Zehl and Associates<br>2700 Post Oak Blvd. Suite 1120<br>Houston, Tx. 77056-5767 |
| SAFETY & TRAINING CONSULTANTS, LLC<br>219 VENTURE BLVD<br>HOUMA, LA 70360-7902 | SAFEZONE SAFETY SYSTEMS, LLC<br>219 VENTURE BLVD<br>HOUMA, LA 70360-7902 | SAMPEY FABRICATION, LLC<br>914 LAFOURCHE ST<br>LOCKPORT, LA 70374-2352 |
| SCOTT EQUIPMENT COMPANY, LLC<br>P.O. DRAWER 997<br>ST.ROSE, LA 700870997 | SCURLOCK ELECTRIC, LLC<br>1903 GRAND CAILLOU ROAD<br>HOUMA, LA 70363-7076 | SEA ROPES, LLC<br>4934 HWY 311<br>HOUMA, LA 70360-2886 |
| SERPE JONES ANDREWS CALLENDER & BELL PLLC<br>AMERICA TOWER<br>2929 ALLEN PARKWAY, SUITE 1600<br>HOUSTON, TX 77019-7105 | SHANNON HARDWARE CO., LTD<br>PO BOX 631<br>MORGAN CITY, LA 70381-0631 | SMITH MARINE TOWING CORP.<br>P.O. BOX 2120<br>MORGAN CITY, LA 70381-2120 |
| SMITH MARITIME, INC.<br>P.O. BOX 188<br>GREEN COVE SPRINGS, FL 32043-0188 | SOUTH COAST DIESEL LLC<br>P.O. BOX 3740<br>HOUMA, LA 70361-3740 | SOUTH LA. ELECTRICAL COOP<br>P.O. BOX 4037<br>HOUMA, LA 70361-4037 |
| SOUTHERN CRANE & HYDRAULICS , LLC<br>P.O. BOX 39<br>BOURG, LA 70343-0039 | SOUTHERN POWER & EQUIPMENT, LLC<br>P.O. BOX 2617<br>HOUMA, LA 70361-2617 | SOUTHLAND STEEL & SUPPLY<br>P.O. BOX 1011<br>HOUMA, LA 703611011 |
| SOUTHWEST LA HO DBA<br>LAKE CHARLES MEMORIAL HOSPITAL<br>1701 OAK PARK BLVD<br>LAKE CHARLES, LA 70601-8911 | SPARTAN ACQUISITION CORP<br>DBA SPARTAN INDUSTRIAL<br>P.O. BOX 3562<br>HOUMA, LA 70361-3562 | SPECTRO-SCAN, INC.<br>109 CLEVELAND STREET<br>HOUMA, LA 70363-6717 |
| SQUIRTERS WEED CONTROL, LLC 113 BOCAGE DR.<br>HOUMA, LA 70360STANSBURY & ASSOCIATES, L<br>P.O. BOX 1673<br>MORGAN CITY, LA 70381<br>STEAMSHIP MUTUAL UNDERWRITING ASSOCIATIO<br>AQUATICAL HOUSE   70381-1673 | STREAMLINE HOSE & FITTINGS<br>605 SOUTH HOLLYWOOD ROAD<br>HOUMA, LA 70360-3226 | SUPERIOR TIRE SERVICE, INC.<br>P.O. BOX 2591<br>HOUMA, LA 70361-2591 |
| SWIRE OILFIELD SERVICES US HOLDINGS LLC<br>28420 HARDY TOLL ROAD, SUITE 100<br>SPRING, TX 77373-8665 | Sampey Fabrication LLC<br>311 Goode Street<br>Houma, LA 70360-4513 | Scott Hardy<br>114 Egle St.<br>Morgan City, LA 70380-3104 |
| Shannon Hardware Co., LLC<br>Attn: Gerard J. Bourgeois<br>P.O. Box 1688<br>Morgan City, LA 70381-1688 | Southern Fastener & Supply<br>112 Menard Rd<br>Hoyma, LA 70363-7514 | Specialists Hospital- Shreveport, L.L.C.<br>Daniel F. Montgomery<br>1400 Line Ave.<br>Shreveport, LA 71101-4620 |

| | | |
|---|---|---|
| Squirters Weed Control LLC<br>113 Bocage Dr.<br>Houma, LA 70360-2505 | Stansbury and Associates, LLC<br>Attn: Gerard J. Bourgeois<br>P.O. Box 1688<br>Morgan City, LA 70381-1688 | TANKS-A-LOT INC.<br>7723 HWY 182 E<br>MORGAN CITY, LA 70380-2320 |
| TAYLOR CORPORATION DBA HRDIRECT<br>P.O. BOX 451179<br>SUNRISE, FL 333451179 | TECHNICAL ENGINEERING CONSULTANTS, LLC<br>401 WHITNEY AVE. STE 600<br>GRETNA, LA 70056-2506 | TERMINIX PEST CONTROL INC<br>P.O. BOX 6001<br>HOUMA, LA 70361-6001 |
| TIDELANDS ADJUSTMENT SERVICES, INC.<br>610 S. TYLER ST.<br>COVINGTON, LA 70433-3346 | TOP DRIVE SERVICES, LLC<br>DBA TRITON SERVICES<br>211 REDMOND ROAD<br>HOUMA, LA 70363-7312 | TOTAL SAFETY US, INC.<br>P.O. BOX 974686<br>DALLAS, TX 75397-4686 |
| TRIMBLE NAVIGATION LIMITED<br>935 STEWART DR.<br>SUNNYVALE, CA 94085-3913 | TRIPLE SON WHOLESALE TIMBERS, INC<br>P.O. BOX 338<br>CUT OFF, LA 70345-0338 | U.S. Specialty Insurance Company<br>c/o Frank Lanak<br>801 S. Figueroa St., Ste. 700<br>Los Angeles, CA 90017-2523 |
| UNITED STATES COAST GUARD VESSEL INSPECTION<br>P.O. BOX 531030<br>ATLANTA, GA 30353-1030 | UNITED STATES TREASURY AFFORDABLE CARE ACT T<br>UNIVERSAL TECHNOLOGIES AND DATA SOLUTION<br>212 LOUISE DRIVE<br>RACELAND, LA 70394-3810 | UPSTREAM BROKERS<br>2020 N MEMORIAL WAY<br>HOUSTON, TX 77007-8320 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | UV LOGISTICS, LLC DBA UNITED VISION LOGISTIC<br>P.O. BOX 975357<br>DALLAS, TX 753975357 | United Vision Logistics<br>P O Box 81008<br>Lafayette, LA 70598-1008 |
| Upstream Brokers<br>c/o Ryan G. Foley, Esq.<br>2001 Market Street<br>Philadelphia, PA 19103-7044 | VACCO MARINE, INC.<br>P.O. BOX 8032<br>HOUMA, LA 70361-8032 | VERIZON WIRELESS<br>P.O. BOX 660108<br>DALLAS, TX 752660108 |
| VERSABAR, INC.<br>11349 FM 529 ROAD<br>HOUSTON, TX 77041-3207 | VINYL PRODUCTS LLC<br>2590 COTEAU ROAD<br>HOUMA, LA 70364-1202 | VOORHIES SUPPLY COMPANY<br>P.O. BOX 404130<br>ATLANTA, GA 30384-4130 |
| Victory Park Capital Advisors LLC<br>150 North Riverside Plaza Ste. 5200<br>Chicago, IL 60606-1663 | WAGEWORKS, INC<br>P.O. BOX 8363<br>PASADENA, CA 91109-8363 | WAL-MART STORES EAST, LP<br>WAL-MART LOUISIANA, LLC<br>P.O. BOX 530934<br>ATLANTA, GA 303530934 |
| WASTE PRO OF LA, INC.<br>612-WASTE PRO- CAJUN COUNTRY<br>920 KENNER AVE<br>KENNER, LA 70062-7230 | WET TECH ENERGY INC.<br>P.O. BOX 310<br>MILTON, LA 70558-0310 | WILLIAM A STARK<br>275 GABASSE<br>HOUMA, LA 70360-4417 |

| | | |
|---|---|---|
| WILLIAM H ST MARTIN, MD<br>APMC 818 VERRET ST<br>HOUMA, LA 70360-4636 | WILLIAM T.POE & ASSOCIATES INC. DBA<br>EXPLOSIVE SERV<br>9985 BARINGER FOREMAN ROAD<br>BATON ROUGE, LA 70809-5708 | WORK BOAT ELECTRICAL SERVICES, LLC<br>5413 HWY 311<br>HOUMA, LA 70360-2883 |
| WORKWAVE, LLC DBA<br>GPS HEROS<br>32875 PINES AIRPARK ROAD<br>WINCHESTER, CA 92596-9487 | Whitney M. Scott<br>12211 McFarland Rd.<br>Chunchula, AL 36521-3309 | Wilkinson Technologies, LTD<br>c/o Craig A. Ryan<br>Onebane Law Firm<br>1200 Camellia Blvd., Suite 300<br>Lafayette, LA 70508-6171 |
| XTREME PUMP & SUPPLY, LLC<br>1309 ST.PATRICK ST.<br>THIBODAUX, LA 70301-2554 | Zalina Tsarakova<br>4747 Southwest Fwy<br>Houston, TX 77027-6901 | Charles Armstrong, III<br>c/o Jarrod B. Martin<br>Nathan Sommers Jacobs<br>2800 Post Oak Boulevard<br>61st Floor<br>Houston, TX 77056-6131 |
| David Weinhoffer<br>1415 Louisiana<br>Suite 3500<br>Houston, TX 77002-7344 | Jarrod B. Martin<br>McDowell Hetherington LLP<br>1001 Fannin, Suite 2700<br>Houston, TX 77002-6774 | Kyung Shik Lee<br>Parkins Lee & Rubio LLP<br>Pennzoil Place<br>700 Milam Street<br>Suite 1300<br>Houston, TX 77002-2736 |
| Michael David Fritz<br>Harris Health System<br>2525 Holly Hall<br>Suite 190<br>Houston, TX 77054-4124 | Robert Joshua Koch Jr.<br>Koch & Schmidt LLC<br>650 Poydras St<br>Ste 2415<br>New Orleans, LA 70130-6171 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| DHD Offshore Services, LLC<br>7889 Hwy 182 E<br>Morgan City, LA 70380 | (d)Viral Investments, LLC d/b/a DHD Offshore<br>7889 Hwy. 182 East<br>Morgan City, LA | BAYOU BOEUF ELECTRIC, LLC<br>P.O. BOX 929<br>AMELIA, LA 70340 |
| C.E. OIL TOOL & SUPPLY, INC.<br>P.O. BOX 81367<br>LAFAYETTE, LA 705981367 | CAJUN CUTTERS, LLC<br>P.O. BOX 447<br>BOURG, LA 70343 | (d)DHD Offshore Services, LLC<br>7889 Hwy. 182E<br>Morgan City, LA 70380 |
| GRAND ISLE SHIPYARD, INC.<br>P.O. BOX 820<br>GALLIANO, LA 70354 | (d)Viral Investments, LLC d/b/a DHD Offshore<br>7889 Hwy. 182E<br>Morgan City, LA 70380 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bradford Capital Management, LLC | (u)C&G Welding, Inc. | (u)Coastal Distributors |
| (u)Crosby Tugs, LLC | (u)DeepCor Marine, Inc. | (u)Delta Rigging & Tools, Inc. |
| (u)Era Helicopters, LLC | (u)Fugro USA Marine, Inc. | (u)Hercules Wire Rope & Sling Co., Inc. |
| (u)Houma Land Holdings, LLC | (u)Industrial Welding Supply of Houma, Ltd. | (u)J.A.H. Enterprises, Inc. |
| (u)Koch and Schmidt | (u)Marine Fab & Repair, Inc. | (u)Marmac, LLC d/b/a McDonough Marine Service |
| (u)Modern American Railroad Services, LLC | (u)Modern American Recycling Service, Inc. | (u)Non-debtors |
| (u)Official Committee of Unsecured Creditors | (u)Offshore Express, LLC | (u)Oil States Skagit SMATCO, LLC |
| (u)Pharma Safe Industrial Services, LLC | (u)Premier Offshore Catering Incorporated | (u)Sampey Fabrication LLC |
| (u)Schumann/Steier Holdings, LLC | (u)U.S. Specialty Insurance Company | (u)985-873-8595 |
| (d)Alliance Special Ventures Fund, LLC<br>c/o David F. Waguespack<br>Carver Darden Law Firm<br>1100 Poydras Street, Suite 3100<br>New Orleans, LA 70163-1102 | (d)Argo Partners<br>12 West 37th Street, 9th Fl.<br>New York, NY 10018-7381 | (u)Del Rosario<br>Del Rosario Law Offices<br>21st Drive Corner 20th Drive<br>Bonifacio Global City<br>1630 Taguig, Metro Manila |

| | | |
|---|---|---|
| (u)Klein Investigations and Consulting | (d)Koch & Schmidt, LLC<br>650 Poydras Street, Suite 2660<br>New Orleans, LA 70130-6158 | (d)LeBlanc & Associates, L.L.C.<br>132 Intracoastal Drive<br>Houma, LA 70363-6776 |
| (d)MORGAN CITY RENTALS<br>P.O. BOX 2946<br>MORGAN CITY, LA 70381-2946 | (u)Offshore Exploration and Production, LLC | (u)PRICE FORBES<br>6TH FL 3 MINSTER CT<br>MINCING LANE LONDON EC3R 7PD |
| (u)Smith Marine Towing Corporation | (u)TERREBONNE GEN.MEDICAL CE<br>DEPT AT 952602<br>ATLANTA, GA 31192<br>TERREBONNE PSH AUTO PARTSINC<br>DBA NAPA AUTO PART<br>1328 GRAND CAILLOU ROAD | (d)Vendor Recovery Fund IV, LLC<br>PO Box 669<br>Smithtown, NY 11787-0710 |
| (u)Allen Smith | (u)Christopher Garner | (u)Conrad Williams |
| (u)Jamone Jones | (u)John Spradley | (u)Joseph E. Cain |
| (u)Mickel Hahn | (u)Murphy Trosclair | (u)Richard Jackson |
| (u)Ronald Havard | (u)Stephen J. Williams | End of Label Matrix<br>Mailable recipients   373<br>Bypassed recipients    50<br>Total                 423 |